

# United States District Court
# Eastern District of California

| Mangpreet Singh |
|---|

Plaintiff(s)

V.

| Kristi Noem et al. |
|---|

Defendant(s)

Case Number: | 1:26-cv-1150-DC-JDP |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Rupinder Kaur _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Mangpreet Singh

On _____10/28/2016_____ (date), I was admitted to practice and presently in good standing in the _____Michigan_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

N/A

Date: **02/06** /2026 _____

Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Rupinder Kaur |
| Law Firm Name: | Kaur Law PC |
| Address: | 38750 Paseo Padre Pkwy |
| | Suite A7 |

City: Fremont    State: CA    Zip: 94536

Phone Number w/Area Code: (510) 894-1400

City and State of Residence: Novi, Michigan

Primary E-mail Address: ruby@kaurlawpc.com

Secondary E-mail Address: N/A

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Cynthia Bautista |
| Law Firm Name: | Bautista Immigration Law, P.C. |
| Address: | 1227 Laurel Street |

City: San Carlos    State: CA    Zip: 94070

Phone Number w/Area Code: (415) 936-6730    Bar # 336327

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/25/2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

## Rupinder Kaur

was admitted to the practice of law in the courts of the State of Michigan on

## October 28, 2016

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date:  May 08, 2020

Clerk